1
2
3
4
5                      UNITED STATES DISTRICT COURT

6                   NORTHERN DISTRICT OF CALIFORNIA

7

8   In Re.                                      No. C 11-1599 SI (pr)

9   LEON MORRIS,                                **ORDER OF DISMISSAL**

10                 Plaintiff.

11  _____/

12

13        This case was opened when the court received from plaintiff a letter in which he

    complained about some of the judges of this court and the resolution of earlier actions he had

14  filed about prison conditions.  In an effort to protect his rights, it was filed as a new case.

15  Plaintiff was informed that he had not filed a complaint and was given thirty days to do so.  He

16  also was sent a notice that he had not paid the filing fee or applied for leave to proceed *in forma*

17  *pauperis*.  He was allowed thirty days to either pay the fee or file the application.  A copy of the

18  court's form for *in forma pauperis* application was provided with the notice, along with a return

19  envelope.   In response, he wrote back that he did not intend the letter to be a civil rights

20  complaint.  (Docket # 4.)  This case is therefore DISMISSED without prejudice.  No fee is due.

21  The clerk shall close the file.

22        IT IS SO ORDERED.

23

24  Dated: July 15, 2011                        _____
                                                          SUSAN ILLSTON
25                                              United States District Judge

26

27

28