**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re. | No. C 11-1599 SI (pr) |
| LEON MORRIS, | **JUDGMENT** |
|     Plaintiff. | |
| _____ / | |

This action is dismissed.

IT IS SO ORDERED AND ADJUDGED.

Dated: July 15, 2011       _____
                                           SUSAN ILLSTON
                                   United States District Judge